IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

**MAR 7 2003**

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3-00CV0815-M

### FINAL JUDGMENT

This is a Final Judgment.  In accordance with the Court's Findings of Fact and Conclusions of Law entered contemporaneously herewith, the Court enters judgment as follows:

1.      Plaintiff Exxon Mobil Corporation shall have judgment against and recover from defendant United States in the sum of $121,499,353, which represents an overpayment of tax of $35,426,515 and an overpayment of assessed interest of $86,072,838, together with interest thereon as provided by law.

2.      All costs shall be borne by the party incurring the same.

IT IS SO ORDERED.

SIGNED this _____7_____ day of March 2003.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE