# United States District Court
# Northern District of Texas
# Office of the Clerk

*341 Pine Street Room 2008*
*Abilene, TX 79601-5928*

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

SUBJECT:

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

| | |
|---|---|
| __X__ | Certified copy of the notice of appeal and docket entries |
| ___ | Certified copy of the notice of cross-appeal and docket entries |
| ___ | Record on appeal consisting of volume(s) of the record; |
|    ___ Volume(s) of the transcript | ___ Volume(s) of depositions. |
|    ___ Container(s) of exhibits | ___ Folder(s) of State Court Papers |
|    ___ Sealed documents | ___ Audio Visual Tapes |
| ___ | Supplemental record, including updated docket entries |
| ___ | Other: |

In regard to the notice of appeal, the following additional information is furnished:

| | |
|---|---|
| __X__ | The Court of Appeals docket fee has been paid |
| ___ | This case is proceeding *in forma pauperis* |
| ___ | Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on: |
| ___ | This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act. |
| __X__ | The presiding Judge is: Judge Lynn |
| __X__ | The court reporter assigned to this case is: Sue Engledow, Janet Wright |
| ___ | This case was decided without a hearing, therefore there will be no transcript |
| ___ | UPS Tracking #: |

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By: _____

*Deputy Clerk*

Received By: _____

cc:   Attorneys of record

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 3-00CV0815-M |

## NOTICE OF APPEAL

Notice is hereby given that Exxon Mobil Corporation, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 7th of March, 2003.

April 22, 2003

ROBERT L. MOORE, II
D.C. Bar No. 038794
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (Fax)

GEORGE C. CHAPMAN
State Bar No. 04123000
Thompson & Knight, LLP
1700 Pacific, Suite 3300
Dallas, Texas 75201
(214) 969-1139
(214) 969-1751 (Fax)

COUNSEL FOR PLAINTIFF