# United States District Court
## Northern District of Texas
### Office of the Clerk

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

May 7, 2003

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA  70130

SUBJECT: 3:00cxv815-M; Exxon Mobil Corp. v. USA

Dear Mr. Fulbruge:

    In connection with the appeal cited above, the following documents are transmitted:

| | |
|---|---|
| __X__ | Certified copy of the notice of appeal and docket entries |
| ___ | Certified copy of the notice of cross-appeal and docket entries |
| ___ | Record on appeal consisting of volume(s) of the record; |
|    ___ | Volume(s) of the transcript     ___ Volume(s) of depositions. |
|    ___ | Container(s) of exhibits     ___ Folder(s) of State Court Papers |
|    ___ | Sealed documents     ___ Audio Visual Tapes |
| ___ | Supplemental record, including updated docket entries |
| ___ | Other: |

    In regard to the notice of appeal, the following additional information is furnished:

| | |
|---|---|
| __X__ | The Court of Appeals docket fee has been paid |
| ___ | This case is proceeding *in forma pauperis* |
| ___ | Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on: |
| ___ | This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act. |
| __X__ | The presiding Judge is:  Judge Lynn |
| __X__ | The court reporter assigned to this case is:  Sue Engledow, Janet Wright |
| ___ | This case was decided without a hearing, therefore there will be no transcript |
| ___ | UPS Tracking #: |

    Sincerely,
    KAREN MITCHELL
    *Clerk of Court*

By: _____
    J. Ross
    *Deputy Clerk*

Received By: _____

cc:    Attorneys of record

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3-00-CV-0815-M |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 2 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from that portion of the Final Judgment (docket entry # 98), entered March 7, 2003, permitting Exxon Mobil Corporation to use a representative market or field price of $1.15 and therefore recover the sum of $121,499,353, together with interest thereon as provided by law.

Respectfully submitted,

/s/ Grover Hartt, III
GROVER HARTT, III
State Bar No. 09174500
CYNTHIA E. MESSERSMITH
State Bar No. 04199400
JONATHAN L. BLACKER
State Bar No. 00796215
Attorneys, Department of Justice Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9733 (Fax 9741)

JANE J. BOYLE
United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Appeal has been made on May 2, 2003, by mailing a copy thereof to:

Robert L. Moore II
Thomas D. Johnston
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, D. C. 20005-5701

George C. Chapman
Thompson & Knight, LLP
1700 Pacific, Suite 3300
Dallas, Texas 75201

GROVER HARTT, III