**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 19 2003

CLERK, U.S. DISTRICT COURT
By _____

|  |  |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:00-CV-0815-M |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## JOINT MOTION TO VACATE JUDGMENT AND STIPULATION OF DISMISSAL

Pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure, the parties jointly move to vacate the Final Judgment filed by the District Court on March 7, 2003, in the above-captioned case for an overpayment of tax and assessed interest. The parties agree that vacating the Final Judgment is justified because the parties have settled the matter.

Since a settlement has been reached, the parties also hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this case be dismissed with prejudice, with each party to bear its own costs, including attorneys' fees. It is further stipulated and agreed that plaintiff reserves the right to litigate in a separate action its entitlement to additional statutory interest.

Pursuant to LR 41.1, a proposed order of vacatur and dismissal accompanies this Joint Motion to Vacate Judgment and Stipulation of Dismissal.

Dated: December 18, 2003

*/s/ Grover Hartt, III*
GROVER HARTT, III
State Bar No. 09174500
CYNTHIA E. MESSERSMITH
State Bar No. 04199400
JONATHAN L. BLACKER
State Bar No. 00796215
Department of Justice - Tax Division
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721
(214) 880-9741 (Fax)

JANE J. BOYLE
UNITED STATES ATTORNEY

COUNSEL FOR DEFENDANT

Dated: December 11, 2003

*/s/ Robert L. Moore, II*
ROBERT L. MOORE, II
D.C. Bar No. 038794
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (Fax)

GEORGE C. CHAPMAN
State Bar No. 04123000
Thompson & Knight, LLP
1700 Pacific, Suite 3300
Dallas, Texas 75201
(214) 969-1139
(214) 969-1751 (Fax)

COUNSEL FOR PLAINTIFF