**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

DEC 2 3 2003

|  |  |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:00-CV-0815-M |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER OF VACATUR AND DISMISSAL

The Court has received and considered the parties' Joint Motion to Vacate Judgment and Stipulation of Dismissal to dismiss with prejudice the above-captioned case for an overpayment of tax and assessed interest, subject to the right of plaintiff, Exxon Mobil Corporation, to litigate in a separate action its entitlement to additional statutory interest.

Accordingly, it is ORDERED that the Final Judgment in this case be vacated and the case be dismissed with prejudice, subject to the aforementioned reservation. Each party shall bear its own costs, including attorney's fees.

SIGNED this 23 day of December, 2003.

UNITED STATES DISTRICT JUDGE