3:00CV815-M

EXXON MOBIL CORPORATION

    Plaintiff - Appellant-Cross-Appellee

v.

UNITED STATES OF AMERICA

    Defendant - Appellee-Cross-Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 14 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ENTRY OF DISMISSAL

Pursuant to the stipulation of the parties these appeals are dismissed this 9th day of January, 2004, see FED. R. APP. P. 42(b).

                          CHARLES R. FULBRUGE III
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

                          By: _____
                                Cindy Tyler, Deputy Clerk

                          ENTERED AT THE DIRECTION OF THE COURT

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____ Deputy
New Orleans, Louisiana    JAN 09 2004



IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
DEC 19 2003
CHARLES R. FULBRUGE III
CLERK

| | |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| Plaintiff - Appellant/Cross-Appellee, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant - Appellee/Cross-Appellant. | ) |

Nos. 03-10405, ~~03-10446~~

FILED
JAN 1 4 2004
CLERK, U.S. DISTRICT COURT
Deputy

**STIPULATION TO DISMISS APPEALS**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the parties hereby stipulate and agree to dismiss with prejudice the above-captioned appeals, with each party to bear its own costs, including attorneys' fees.

Dated: December 18, 2003

*/s/ Grover Hartt, III*
GROVER HARTT, III
Department of Justice - Tax Division
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721
(214) 880-9741 (Fax)

JANE J. BOYLE
UNITED STATES ATTORNEY

COUNSEL FOR DEFENDANT

Dated: December 11, 2003

*/s/ Robert L. Moore, II*
ROBERT L. MOORE, II
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (Fax)

GEORGE C. CHAPMAN
Thompson & Knight, LLP
1700 Pacific, Suite 3300
Dallas, Texas 75201
(214) 969-1139
(214) 969-1751 (Fax)

COUNSEL FOR PLAINTIFF

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

January 9, 2004

Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Room 14A20
Dallas, TX 75242



No. 03-10405  ExxonMobil Corp v. USA
    USDC No.  3:00-CV-815-M

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 17) Volumes    (  ) Envelopes    (  ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Cindy Tyler, Deputy Clerk

cc: w/encl:
    Mr George C Chapman
    Mr Robert Letcher Moore II
    Ms Tamara Wenda Ashford
    Mr Alan I Horowitz
    Mr Thomas D Johnston
    Ms Cynthia E Messersmith
    Mr Grover Hartt III
    Mr Jonathan Lee Blacker

MDT-1